## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

David L. Finger, Esquire
*Finger & Slanina, LLC*
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)

617505v1

3